HALE *v.* THE STATE.

SIMMONS, C. J. A check drawn payable to " the order of cash " is payable to bearer. If such a check be forged, it is not so imperfect as that no one could be defrauded by it. See 1 Rand. Com. Paper, § 161.

*Judgment affirmed. All the Justices concur.*

Submitted April 21, — Decided May 10, 1904.

Indictment for forgery. Before Judge Roan. Fulton superior court. January 25, 1904.

*S. C. Crane*, for plaintiff in error, cited Civil Code, § 3676 ; 46 *Ga.* 487 ; 51 *Ga.* 535.
*C. D. Hill, solicitor-general*, contra.

---

CULPEPPER *v.* THE STATE.

COBB, J. No error of law was committed, and the evidence warranted the verdict. *Judgment affirmed. All the Justices concur.*

Argued April 21, — Decided May 10, 1904.

Conviction of assault. Before Judge Spence. Worth superior court. January 28, 1904.

*Park & Payton*, for plaintiff in error.
*W. E. Wooten, solicitor-general*, contra.